CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 25, 2024

LAURA A. AUSTIN, CLERK
BY: s/B. McAbee
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:24-cr-00007-003 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERESA LYN TAYLOR, | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

On October 4, 2024, Defendant Teresa Lyn Taylor appeared before Magistrate Judge Joel C. Hoppe to enter pleas of guilty to Counts 1, 2, 4, and 7 of the Indictment (ECF No. 3) under the terms of a plea agreement entered into with the Government (*see* ECF No. 87). Judge Hoppe engaged in the colloquy required by Fed. R. Crim. P. 11(b)(1)(A)–(O), and that same day, entered a Report and Recommendation ("R&R") recommending that this court accept Defendant's pleas, adjudge her guilty of Counts 1, 2, 4, and 7, and release her on bond pending sentencing. (ECF No. 94.) Although the parties had 14 days to file objections to Judge Hoppe's R&R, *see* 28 U.S.C. § 636(b)(1)(C), no objections were filed.

Accordingly, it is hereby **ORDERED** that Judge Hoppe's R&R is **ADOPTED IN ITS ENTIRETY**, Defendant's pleas of guilty to counts 1, 2, 4, and 7 of the Indictment are **ACCEPTED**, and Defendant is adjudged **GUILTY** of those offenses. Defendant is to remain on bond under the same terms and conditions (*see* ECF No. 78) until her sentencing.

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 25th day of November, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE